Luke BURNS, Appellant,

v.

STATE of Missouri, Respondent.

No. 63286.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 17, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 16, 1993.

Application to Transfer Denied
Oct. 26, 1993.

---

Dave Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David B. Cosgrove, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Movant appeals the denial of his Rule 24.-035 motion for post-conviction relief without an evidentiary hearing. We find the motion court did not clearly err in such determination. Rule 84.16(b). We further find an opinion in this matter would have no precedential value and affirm by order opinion. We have provided the parties a memorandum for their use only.